Original

IN THE UNITED STATES DISTRICT COURT
FOR THE __Northern__ DISTRICT OF TEXAS
__Fort Worth__ DIVISION

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 1 2 2013
CLERK, U.S. DISTRICT COURT
By _____
Deputy

__WALLACE BEST   #1862348__
Plaintiff's name and ID Number

__Baten Intermediate Sanction Facility__
Place of Confinement
__1995 Hilton Road__
__Pampa, TX 79065__

CASE NO: __4-13CV-912-A__
(Clerk will assign the number)

V.

__Gary Ritchie__
__214 Meadow Park Dr., White Settlement Municipal Court__
Defendant's name and address __White Settlement, TX 76108__

__White Settlement Police Department__
Defendant's name and address __8900 Clifford St.__
__White Settlement, TX 76108__

_____
Defendant's name and address
(DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

**I. PREVIOUS LAWSUITS:**

A. Have you filed any other lawsuits in the state or federal court relating to imprisonment?   ✓ YES   ___ NO

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: _September 28 2013_

2. Parties to previous lawsuit:
   Plaintiff(s): _Wallace Best_
   Defendant(s): _Tarrant County Judicial System, Tarrant County Sheriffs Dept._

3. Court (If federal, name the district; if state, name the county) _Northern - Tarrant_

4. Docket Number: _4:13-CV-686_

5. Name of judge to whom case was assigned: _Reed O'Connor_

6. Disposition: (Was the case dismissed, appealed, still pending?)
   _Dismissed_

7. Approximate date of disposition: _October 11 2013_

II. **PLACE OF PRESENT CONFINEMENT:** Baten Intermediate Sanction Facility

III. **EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution? _____ YES  ✓ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. **PARTIES TO THE SUIT:**

A. Name of address of plaintiff: Wallace Best #1862348, Baten ISF, 1995 Hilton Rd, Pampa, TX 79065

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Gary Ritchie, Magistrate Judge, White Settlement municiple court, 214 Meadow Park Dr., White Settlement Municiple court, (White Settlement, TX, 76108)

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you. Deprived me of Federal rights, denied me adequate medical care, acted under color of State law.

Defendant #2: White Settlement Police Department, White Settlement, Texas 76108

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you. Deprived me of Federal rights, acted under color of state law, deliberatly Showed indifference to a serious medical need that I was experiencing, used excessive force along with cruel and unusual punishment showing deliberate indifference.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal argument or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On March 28, 2013, I was in custody in the White Settlement Police Dept. while being held to see a Magistrate Judge I had a Seizure in the booking Dept. of said Jail. Paramedics were called and informed the Magistrate Judge and police officers that they had to promptly get me to the hospital. Upon hearing this information the Judge told the paramedics to move away from me because he first had to have me sign some documents and read me my rights. He also ordered the police officers to pick me up off the floor and to hold my arm so I could sign said documents. While still experiencing the effects of a seizure I could not understand nor comply to the Judges orders. The police officers then put me back on the floor and the Paramedics proceeded their duties to take me to the emergency room.

## VI. RELIEF:
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.

To be awarded Compensatory damages of ($206,011.00) and an award of ($2,000,721.00) in punitive damages.

## VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Wallace Best, Wallace Lee Best, Wallace Lee Best Jr.

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

1691064, 1862348, 00837172, 465696335

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES __✓__ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (If federal, give district and division): _____
2. Case Number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ____ YES ____ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES __✓__ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed warning (if federal, give the district and division): _____

   2. Case number: _____

   3. Approximate date warning were imposed: _____

Executed on: __11-05-2013__     __WALLACE BEST__
           (Date)                  (Printed Name)

                                   __Wallace Best__
                                   (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$350** filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this __5__ day of __November__, 20 __13__.
         (Day)           (Month)           (Year)

                                   __WALLACE BEST__
                                   (Printed Name)

                                   __Wallace Best__
                                   (Signature of Plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.**

Wallace Best #1862348
Baten Intermediate Sanction Facility
1995 Helton Road
Pampa, TX 79065

United States District C
Office of the Clerk
Northern District of Texas
501 West Tenth St., Room
Fort Worth, TX 76102

LEGAL