Case 4:13-cv-00912-A   Document 8   Filed 01/10/14   Page 1 of 1  PageID 23

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 10 2014

CLERK, U.S. DISTRICT COURT
By_____
                Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WALLACE BEST, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:13-CV-912-A |
| | § | |
| GARY RITCHIE, ET AL., | § | |
| | § | |
| Defendants. | § | |

FINAL JUDGMENT

Consistent with the order signed by the court in the above-captioned action on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted in the above-captioned action by plaintiff, Wallace Best, against defendants, Gary Ritchie and White Settlement Police Department, be, and are hereby, dismissed with prejudice pursuant to the authority of 28 U.S.C. 1915A(b).

SIGNED January 10, 2014.

JOHN McBRYDE
United States District Judge